STATE OF NEW JERSEY, EX REL. SAM SPERBER, RE-
LATOR, v. GEORGE F. SCHMITT, BUILDING SUPER-
INTENDENT OF THE TOWN OF IRVINGTON, AND THE
TOWN OF IRVINGTON, RESPONDENTS.

Submitted January 28, 1927—Decided May 13, 1927.

### Zoning—Stores and Apartment-Houses in Residence Dictrict— Case Controlled by Rule in Nutley Case.

On application for *mandamus*. On demurrer to return to
an alternative writ.

Before GUMMERE, CHIEF JUSTICE, and Mr. Justice TREN-
CHARD.

For the relator, *Zucker & Goldberg* (*Maurice J. Zucker,*
of counsel).

For the respondents, *Charles H. Stewart*.

PER CURIAM.

The relator is the owner of a tract of land in the
town of Irvington. He applied to the building inspector
for a permit for the erection of a building containing stores
on the first floor and apartments on the second floor. He was
denied the permit solely because the zoning ordinance of the
town forbids the erection of such building on the premises,
the property being located in what is known as Zone A,
which permits the erection of one-family dwellings only.

We think the case is controlled by the case of *State* v.
*Nutley*, 99 *N. J. L.* 389. That case in the Court of Errors
and Appeals is binding on this court in the absence of modi-
fication by that court, and there has been none.

The relator is entitled to judgment, with costs, and a per-
emptory writ will issue.